CHRISTOPHER STAIGER, Respondent, *v.* ROBERT H. KLITZ et al., Appellants.

*Staiger* v. *Klitz*, 147 App. Div. 909, affirmed.
(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered November 24, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to rescind an agreement for the dissolution of a partnership upon the ground of fraud and for an accounting.

*John W. Boothby* and *August C. Nanz* for appellants.

*Henry Schoenherr* and *I. Buxbaum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN and CUDDEBACK, JJ. Absent: WERNER, J. Not sitting: MILLER, J.